PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pcogan@rmkb.com
brussum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GATEWOOD-COHEN,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | CASE NO.  CV12-02763<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)]**<br><br>Honorable Laurel Beeler |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CHRISTINA GATEWOOD-COHEN, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, per Federal Rules of Civil Procedure Rule 41 (a)(1)(A).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

///

///

///

///

the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: April 9, 2013                  ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Dated: April 9, 2013                  LAW OFFICES OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff
CHRISTINA GATEWOOD-COHEN

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

Dated: April 9, 2013     By:_____
Hon. Laurel Beeler
United States Magistrate Judge