PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  pcogan@rmkb.com
brussum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GATEWOOD-COHEN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | CASE NO.  CV12-02763 <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** <br><br> [FRCP Rule 41(a)(1)(A)] <br><br> Honorable Laurel Beeler |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CHRISTINA GATEWOOD-COHEN, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, per Federal Rules of Civil Procedure Rule 41 (a)(1)(A).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

///

///

///

///

the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: April 9, 2013                                         ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Pamela E. Cogan*
    PAMELA E. COGAN
    BLAKE J. RUSSUM
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

Dated: April 9, 2013                                         LAW OFFICES OF P. RANDALL NOAH


By: */s/ P. Randall Noah*
    P. RANDALL NOAH
    Attorneys for Plaintiff
    CHRISTINA GATEWOOD-COHEN

## ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

Dated: April 9, 2013                        By: _____
    Hon. Laurel Beeler
    United States Magistrate Judge

RC1/6865074.1/BJR        - 2 -         STIPULATION AND ~~[PROPOSED]~~ ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. CV12-20763